## IN ARBITRATION PROCEEDINGS
## PURSUANT TO AGREEMENT
## BETWEEN THE PARTIES

| | |
|---|---|
| In the Matter of a Controversy ) | |
| between ) | |
| **TEAMSTERS, LOCAL NO. 853 (IBT)** ) | |
| Union, ) | **SUPPLEMENTAL ORDER** |
| and ) | |
| **A & W DISTRIBUTORS,** ) | |
| Employer. ) | |
| Involving Severance and Vacation Pay ) | |

On Behalf of the Union:

    Andrew Baker, Esq.
    **BEESON, TAYER & BODINE**
    1404 Franklin Street, 5th Floor
    Oakland, CA 94612

On Behalf of the Employer:

    Teresa Ko
    **A & W DISTRIBUTORS**
    450 Taraval Street, PMB 116
    San Francisco, CA 94116

On November 17, 2006, I issued a Corrected Award sustaining the grievance in this matter and directing the Employer to take certain remedial steps as set forth in the Award.

Pursuant to my retained jurisdiction over all disputes related to implementation of the Award, the Union has applied to me for a supplemental order implementing the specific terms of the Award.

Good cause appearing therefore, the Employer shall make the following payments in compliance with the Award in this matter.

1. To Grievant Kent Nugen:

    - For improper layoff in August 2005:     $1,267.20
      (Based on eight days (64 hours) owed for lost work days from August 22 – August 31, 2005, at $19.80 per hour.)

    - Two weeks (80 hrs) severance pay at $19.80 per hour:     $ 1,584.00

    Total due Grievant Nugen:     $2,851.20

2. To Grievant Ron Arioto:

    - Ten weeks (400 hours) severance pay at $19.80 per hour: $7,920.00

3. To Grievant Tony Crociani:

    - Ten weeks (400 hours) severance pay at $19.80 per hour: $7,920.00

Dated: February 2, 2007

_____
Morris E. Davis
Arbitrator