ANDREW H. BAKER, SBN 104197
**BEESON, TAYER & BODINE, APC**
1404 Franklin Street, 5th Floor
Oakland, CA 94612
Telephone:    (510) 625-9700
Facsimile:    (510) 625-8275
Email:        abaker@beesontayer.com

Attorneys for Plaintiff
Teamsters Local 853, IBT, CTWC

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| TEAMSTERS LOCAL 853, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CTWC, <br><br>Plaintiff,<br><br>v.<br><br>A & W DISTRIBUTORS, INC. (a California Corporation), dba A & W Distributors; ENOCH, INC. (a California Corporation) dba A & W Distributors; DANIEL KO dba A & W Distributors; TERESA KO dba A & W Distributors,<br><br>Defendants. | Case No. C-07-02436 EMC<br><br>PROOF OF SERVICE OF SUMMONS, COMPLAINT AND COURT DOCUMENTS |
|---|---|

---

PROOF OF SERVICE OF SUMMONS, COMPLAINT & COURT DOCS
Case No. C-07-02436 EMC
62731.doc

# United States District Court

## NORTHERN DISTRICT OF CALIFORNIA

ADR

TEAMSTERS LOCAL 853, IBT, CTWC

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

V.

C07-02436 EMC

A & W DISTRIBUTORS, INC., dba A & W Distributos; ENOCH, INC., dba A & W Distributors; DANIEL KO, dba A & W Distributors; TERESA KO, dba A & W Distributors

TO: (Name and address of defendant)

A & W DISTRIBUTORS, INC. (a California Corporation), dba A & W Distributors;
ENOCH, INC. (a California Corporation), dba A&W Distributors;
DANIEL KO, dba A&W Distributors;
TERESA KO, dba A&W Distributors

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Andrew H. Baker
BEESON, TAYER & BODINE
1404 Franklin Street, 5th Floor
Oakland, CA 94612

Telephone No.: (f510) 625-9700

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

(BY) DEPUTY CLERK

DATE MAY - 7 2007

| Attorney Or Party Without Attorney (Name and Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| ANDREW H. BAKER, ESQ (104197)<br>BEESON, TAYER & BODINE<br>1404 Franklin Street, 5th Floor<br>Oakland, California 94612 | (510) 625-9700 | |
| Attorneys for: TEAMSTERS LOCAL 853 | Ref. No. Or File No.<br>W2477110 | |

Insert name of court, judicial district and branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:
TEAMSTERS LOCAL 853

Defendant:
A & W DISTRIBUTORS, INC etc et al.,

| PROOF OF SERVICE | Date: | Time: | Dept/Div: | Case Number:<br>C 07-02436 |
|---|---|---|---|---|

I, Stephen Sabol, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, a Citizen of the United States, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS IN A CIVIL CASE; COMPLAINT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; GENERAL STANDING ORDER; ORDER REQUIRING JOINT CASE MANAGEMENT STATEMENT AND SETTING CASE MANAGEMENT CONFERENCE; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO; ECF REGISTRATION INFORMATION HANDOUT

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant          : ENOCH, INC. CA CALIFORNIA COPORAION dba A&W DISRIBUTORS

By Serving         : DANIEL KO, Agent at the given residence address

Address            : 2288 17th Avenue, San Francisco, California 94116
Date & Time        : Friday, May 11, 2007 @ 8:22 p.m.
Witness fees were  : Not applicable.

Person serving:
Stephen Sabol
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California 94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.: 382
   (3) County: San Francisco
   (4) Expires: 1/9/09

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: May 14, 2007                    Signature: _____
                                                 Stephen Sabol



| Attorney Or Party Without Attorney (Name and Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| ANDREW H. BAKER, ESQ (104197)<br>BEESON, TAYER & BODINE<br>1404 Franklin Street, 5th Floor<br>Oakland, California 94612 | (510) 625-9700 | |
| Attorneys for: TEAMSTERS LOCAL 853 | Ref. No. Or File No.<br>W2477239 | |

Insert name of court, judicial district and branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:
TEAMSTERS LOCAL 853

Defendant:
A & W DISTRIBUTORS, INC etc et al.,

| PROOF OF SERVICE | Date: | Time: | Dept/Div: | Case Number:<br>C 07-02436 |
|---|---|---|---|---|

I, Stephen Sabol, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, a Citizen of the United States, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS IN A CIVIL CASE; COMPLAINT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; GENERAL STANDING ORDER; ORDER REQUIRING JOINT CASE MANAGEMENT STATEMENT AND SETTING CASE MANAGEMENT CONFERENCE; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO; ECF REGISTRATION INFORMATION HANDOUT

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant            : DANIEL KO, dba A & W DISTRIBUTORS

By Serving           : DANIEL KO, dba A & W DISTRIBUTORS

Address              : 2288 17th Avenue, San Francisco, California 94116
Date & Time          : Friday, May 11, 2007 @ 8:22 p.m.
Witness fees were    : Not applicable.

Person serving:
Stephen Sabol
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California 94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.: 382
   (3) County: San Francisco
   (4) Expires: 1/9/09

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: May 14, 2007                                    Signature: _____
                                                                  Stephen Sabol



| Attorney Or Party Without Attorney (Name and Address) | Telephone: (510) 625-9700 | FOR COURT USE ONLY |
|---|---|---|
| ANDREW H. BAKER, ESQ (104197) <br> BEESON, TAYER & BODINE <br> 1404 Franklin Street, 5th Floor <br> Oakland, California 94612 | | |
| | Ref. No. Or File No. <br> W2477239 | |
| Attorneys for: TEAMSTERS LOCAL 853 | | |

Insert name of court, judicial district and branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:
TEAMSTERS LOCAL 853

Defendant:
A & W DISTRIBUTORS, INC etc et al.,

| **PROOF OF SERVICE** | Date: | Time: | Dept/Div: | Case Number: C 07-02436 |
|---|---|---|---|---|

I, Stephen Sabol, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, a Citizen of the United States, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS IN A CIVIL CASE; COMPLAINT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; GENERAL STANDING ORDER; ORDER REQUIRING JOINT CASE MANAGEMENT STATEMENT AND SETTING CASE MANAGEMENT CONFERENCE; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO; ECF REGISTRATION INFORMATION HANDOUT

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant             : TERESA KO, dba A & W DISTRIBUTORS

By Serving            : TERESA KO, dba A & W DISTRIBUTORS

Address               : 2288 17th Avenue, San Francisco, California 94116
Date & Time           : Friday, May 11, 2007 @ 8:22 p.m.
Witness fees were     : Not applicable.

Person serving:
Stephen Sabol
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California 94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.: 382
   (3) County: San Francisco
   (4) Expires: 1/9/09

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: May 14, 2007                Signature: _[signature]_
                                              Stephen Sabol



| Attorney Or Party Without Attorney (Name and Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| ANDREW H. BAKER, ESQ (104197)<br>BEESON, TAYER & BODINE<br>1404 Franklin Street, 5th Floor<br>Oakland, California 94612 | (510) 625-9700 | |
| Attorneys for: TEAMSTERS LOCAL 853 | Ref. No. Or File No.<br>W2477240 | |

Insert name of court, judicial district and branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:
TEAMSTERS LOCAL 853

Defendant:
A & W DISTRIBUTORS, INC etc et al.,

| PROOF OF SERVICE | Date: | Time: | Dept/Div: | Case Number: C 07-02436 |
|---|---|---|---|---|

I, Stephen Sabol, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, a Citizen of the United States, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS IN A CIVIL CASE; COMPLAINT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; GENERAL STANDING ORDER; ORDER REQUIRING JOINT CASE MANAGEMENT STATEMENT AND SETTING CASE MANAGEMENT CONFERENCE; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO; ECF REGISTRATION INFORMATION HANDOUT

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant            : A & W DISTRIBUTORS, INC. dba A & W DISTRIBUTORS

By Serving           : KINNEY FONG , Agent for Service of Process

Address              : 1738 38th Avenue, San Francisco, California 94122
Date & Time          : Saturday, May 12, 2007 @ 7:48 a.m.
Witness fees were    : Not applicable.

Person serving:
Stephen Sabol
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California 94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.: 382
   (3) County: San Francisco
   (4) Expires: 1/9/09

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: May 14, 2007                              Signature: _____
                                                            Stephen Sabol

