1  ANDREW H. BAKER, SBN 104197
   **BEESON, TAYER & BODINE, APC**
2  1404 Franklin Street, 5th Floor
   Oakland, CA 94612
3  Telephone:    (510) 625-9700
   Facsimile:    (510) 625-8275
4  Email:        abaker@beesontayer.com

5  Attorneys for Plaintiff
   Teamsters Local 853
6

7                 UNITED STATES DISTRICT COURT

8             FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10 TEAMSTERS LOCAL 853,                | Case No. C-07-02436 EMC
   INTERNATIONAL BROTHERHOOD
11 OF TEAMSTERS, CTWC,
                                       | **NOTICE OF STIPULATED VOLUNTARY
12              Plaintiff,              DISMISSAL**
                                                   [Rule 41(a)(ii)]
13       v.

14 A & W DISTRIBUTORS, INC. (a
   California Corporation); ENOCH, INC.
15 (a California Corporation) dba A & W
   Distributors; DANIEL KO dba A & W
16 Distributors; TERESA KO dba A & W
   Distributors,
17
                Defendants.

18
19
20
21
22
23
24
25
26
27
28

NOTICE OF STIPULATED VOLUNTARY DISMISSAL                                        1
Case No. C-07-02436 EMC
66554

1  Pursuant to a settlement between the parties in the above-captioned matter, Plaintiff and
2  Defendants hereby give notice that the Complaint in this matter shall be and is hereby dismissed.
3
4  TEAMSTERS LOCAL 853,                          A & W DISTRIBUTORS, INC. (a California
   INTERNATIONAL BROTHERHOOD OF                  Corporation); ENOCH, INC. (a California
5  TEAMSTERS, CTWC,                              Corporation) dba A & W Distributors;
                                                 DANIEL KO dba A & W Distributors;
6                                                TERESA KO dba A & W Distributors,
7
   By: /s/ Andrew H. Baker                       By: /s/ Teresa Ko
8  ANDREW H. BAKER                               TERESA KO
   BEESON, TAYER & BODINE, APC
9
   Dated: August 6, 2007                         Dated: August 3, 2007
10
                                                 By: /s/ Daniel Ko
11                                               DANIEL KO
12
                                                 Dated: August 3, 2007
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOTICE OF STIPULATED VOLUNTARY DISMISSAL                                                    2
Case No. C-07-02436 EMC
66554