1  ANDREW H. BAKER, SBN 104197
   **BEESON, TAYER & BODINE, APC**
2  1404 Franklin Street, 5th Floor
   Oakland, CA 94612
3  Telephone: (510) 625-9700
   Facsimile: (510) 625-8275
4  Email: abaker@beesontayer.com

5  Attorneys for Plaintiff
   Teamsters Local 853

6

7                UNITED STATES DISTRICT COURT

8            FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10 TEAMSTERS LOCAL 853,              Case No. C-07-02436 EMC
   INTERNATIONAL BROTHERHOOD
11 OF TEAMSTERS, CTWC,
                                      NOTICE OF STIPULATED VOLUNTARY
12                Plaintiff,          DISMISSAL ; ORDER

13      v.                                   [Rule 41(a)(ii)]

14 A & W DISTRIBUTORS, INC. (a
   California Corporation); ENOCH, INC.
15 (a California Corporation) dba A & W
   Distributors; DANIEL KO dba A & W
16 Distributors; TERESA KO dba A & W
   Distributors,
17
                  Defendants.

18
19
20
21
22
23
24
25
26
27
28

NOTICE OF STIPULATED VOLUNTARY DISMISSAL                                        1
Case No. C-07-02436 EMC
66554

1  Pursuant to a settlement between the parties in the above-captioned matter, Plaintiff and
2  Defendants hereby give notice that the Complaint in this matter shall be and is hereby dismissed.

3

4  TEAMSTERS LOCAL 853,                         A & W DISTRIBUTORS, INC. (a California
   INTERNATIONAL BROTHERHOOD OF                 Corporation); ENOCH, INC. (a California
5  TEAMSTERS, CTWC,                             Corporation) dba A & W Distributors;
                                                DANIEL KO dba A & W Distributors;
6                                               TERESA KO dba A & W Distributors,

7  By: /s/ Andrew H. Baker                      By: /s/ Teresa Ko
8  ANDREW H. BAKER                              TERESA KO
   BEESON, TAYER & BODINE, APC
9
   Dated: August 6, 2007                        Dated: August 3, 2007
10
                                                By: /s/ Daniel Ko
11                                              DANIEL KO

12                                              Dated: August 3, 2007

13

14

15

16  IT IS SO ORDERED:

17

18  Edward M. Chen
    U.S. Magistrate Judge
19

*IT IS SO ORDERED* — Judge Edward M. Chen (United States District Court, Northern District of California)

NOTICE OF STIPULATED VOLUNTARY DISMISSAL
Case No. C-07-02436 EMC
66554